# BUDGET TO COMPLETE PROJECT

# AND

# SIX MONTH CASH FLOW PROJECTION

2/9/2020

**Budget to Complete Project**

| Item | Amount |
|---|---|
| Complete Trim, Install Attic stairs | $900.00 |
| Labor to Prep and Paint | $1,800.00 |
| Materials to Prep and Paint | $400.00 |
| Flooring - install carpet | $500.00 |
| Stain Hardwood Floors | $350.00 |
| Master Vanity Sink, Faucet | $800.00 |
| Labor Plumbing Trim out | $300.00 |
| Materials Lights Fans Electrical | $600.00 |
| Labor to Trim out Electrical | $1,000.00 |
| Landscape clean up and grass | $1,000.00 |
| Pressure Wash and Clean Ext | $400.00 |
| Pressure Wash and Stain Decks | $500.00 |
| Exterior Paint Touch Up | $200.00 |
| Final Clean | $300.00 |
| Septic Tank | $4,500.00 |
| Miscellaneous | $250.00 |
| Profit and Overhead | $3,132.00 |
| **COST TO FINISH:** | **$15,660.00** |

| | |
|---|---|
| Remaining Funds from Rehab Loan: | $5,000.00 |
| Out of Pocket Expense: | $10,660.00 |

**Monthly Cost until Sale**

| Item | Amount |
|---|---|
| Interest Payments | $1,500.00 |
| Maintenace | $300.00 |
| Electic Bill | $75.00 |
| Water Bill | $25.00 |
| **TOTAL:** | **$1,900.00** |

Starting Date      **Six Month Cash Flow Projection**
1-Mar-20

| | 20-Mar | 20-Apr | 20-May | 20-Jun | 20-Jul | 20-Aug |
|---|---|---|---|---|---|---|
| **Cash Receipts** | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **Cash Paid Out** | | | | | | |
| Electric Bill | $75.00 | $75.00 | $75.00 | $75.00 | $75.00 | $75.00 |
| Water Bill | $25.00 | $25.00 | $25.00 | $25.00 | $25.00 | $25.00 |
| Interest Payment | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 |
| Insurance Premium | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 |
| Maintenance | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 |
| TOTALS: | $2,150.00 | $2,150.00 | $2,150.00 | $2,150.00 | $2,150.00 | $2,150.00 |