

**IT IS ORDERED as set forth below:**

**Date: February 25, 2020**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 20-20224 |
| STILLWATER 8665, LLC | ) | CHAPTER 11 |
|   Debtor. | ) | |
| _____ | ) | |
| STILLWATER 8665, LLC | ) | |
|   Movant, | ) | CONTESTED MATTER |
| vs. | ) | |
| PC IRA, LLC and | ) | |
| KNA FAMILY INVESTMENTS, LLC | ) | |
|   Respondent. | ) | |

**CONSENT ORDER AUTHORIZING INTERIM USE OF CASH COLLATERAL
PURSUANT TO 11 U.S.C. § 363 AND SCHEDULING FINAL HEARING**

On February 4, 2020, Stillwater 8665, LLC ("Debtor") filed a Motion for an Interim Order

Authorizing Use of Cash Collateral and Scheduling Final Hearing on Debtor's Request to Use Cash

Collateral (the "Motion") (Doc. No. 8). Such Motion came before the Court on February 18, 2020.

Debtor seeks authority to use Cash Collateral on an interim basis for the period commencing as of

the date of the bankruptcy filing through the time of the final hearing on Cash Collateral.

In the Motion, counsel for Debtor represented that based upon the terms of the primary construction loan, whose security interest is held by PC IRA, LLC, there remains a final draw of $5,000.00, which is due to be paid to the contractor, Marvin Wargo, on behalf of the Debtor.

Based upon Debtor's proffer in the Motion and the consent of its investing members, and there otherwise being no appearance and no objections by secured lien holders, Debtor's use of Cash Collateral on an interim basis in accordance with the terms and conditions set forth herein appears to be in the best interest of the estate and its creditors.

Accordingly, it is hereby:

**ORDERED** that Debtor may use Cash Collateral during the period beginning the date of the bankruptcy filing through the time of the final hearing on Cash Collateral, for the payment of construction expenses in the approximate amount of $5,000.00, for the real property known as 8665 Old Federal Road, Ball Ground, GA 30107 (the "Property").

**ORDERED** that the final $5,000.00 draw, if released by PC IRA, LLC, pursuant to its construction loan agreement with Debtor, shall be released to Debtor's contractor, Marvin Wargo, in two installments, whereby Marvin Wargo shall receive half of the draw prior to commencement of work to promptly complete the work as described in the "Budget to Complete Project" (Doc. No. 16); the remaining $2,500.00 is to be paid to Marvin Wargo only upon confirmation that the work is substantially completed and the home is ready for listing and sale to a buyer, as confirmed by an agent of Frances White's choosing.

**ORDERED** that Debtor shall not use Cash Collateral except as authorized in this Interim Order.

**ORDERED** that Debtor shall maintain all necessary insurance, as may be currently in effect on the Property.

**ORDERED** that, unless otherwise directed by this Court, a final hearing on the Motion shall be scheduled to coincide with a hearing on Debtor's Motion to Sell Real Property.

**ORDERED** that any party wishing to object to the relief granted herein being granted on a permanent basis shall file such objection with the Court in accordance with the Local Rules of the Court, together with proof of service thereof, and served upon Debtor's counsel at 2388 Scenic Highway, S., Snellville, GA 30078, so as to be received no later than three (3) business days prior to the Hearing.

**ORDERED** that Debtor is directed to serve a copy of this Order upon each of its secured creditors immediately after entry and shall promptly file a certificate of service specifying the manner and method of service.

**SO ORDERED.**

**[END OF DOCUMENT]**

| | |
|---|---|
| **Prepared and submitted by:** | **Consented to by:** |
| LAW OFFICES OF A. J. MITCHELL, LLC | BUSCH SLIPAKOFF MILLS & SLOMKA, LLC |
| By: /s/ A. J. Mitchell | By: /s/Howard P. Slomka |
| A. J. Mitchell | [Signed with permission] |
| Georgia Bar No.: 512269 | Howard P. Slomka |
| 2388 Scenic Hwy, S. | Georgia Bar No.: 652875 |
| Snellville, GA 30078 | 3350 Riverwood Parkway, Ste. 2100 |
| | Atlanta, GA 30339 |

## **DISTRIBUTION**

OFFICE OF THE UNITED STATES TRUSTEE
362 Richard Russell Federal Building
75 Spring Street
Atlanta, GA 30303

PC IRA, LLC
3163 Arrowhead Drive
Gainesville, GA 30506

KNA FAMILY INVESTMENTS, LLC
840 Mashburn Dr.
Alpharetta, GA 30022

BUSCH SLIPAKOFF MILLS & SLOMKA, LLC
3350 Riverwood Parkway, Ste. 2100
Atlanta, GA 30339