UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 20-20224-JRS |
| | ) | |
| STILLWATER 8665, LLC | ) | CHAPTER 11 |
| | ) | |
| Debtor, | ) | |
| | ) | |
| | ) | |

MOTION FOR VOLUNTARY DISMISSAL

COMES NOW, Debtor, Stillwater 8665, LLC, by and through its attorney, and hereby files this Motion for Voluntary Dismissal of its Chapter 11 case and shows the Honorable Court the following:

1.

This case was commenced by filing a voluntary petition under Chapter 11 on February 3, 2020.

2.

On June 27, 2020 this Honorable Court issued an Order granting Debtor's Motion to Sell its real property known as 8665 Old Federal Road, Ball Ground, Forsyth County GA 30107 ("Real Property"), free and clear of liens, encumbrances and interests (the "Sell Order").

3.

On July 10, 2020, the Debtor sold the Real Property, free and clear of liens, encumbrances, and interests pursuant to a fully executed Purchase and Sale Agreement, for a purchase price of $318,500.00 (See attached Settlement Statement at Exhibit No.1).

4.

At the closing on the sale of the Real Property, the two mortgage lenders, Atlanta Private Lending, LLC and KNA Family Investments, LLC, whose claims were no longer in dispute, were paid at closing.

5.

The total disbursements made on Debtor's behalf at closing amounted to $201,887.83.

6.

Pursuant to the Sell Order, immediately after the closing on the sale of the Real Property, the closing firm wired net sale proceeds in the amount of $116,612.17 to Debtor's counsel's IOLTA account.

7.

The Sell Order provided, *inter alia,* that the Debtor is authorized to disburse funds for the satisfaction of U.S. Trustee Quarterly Fees. Debtor, through its counsel, hereby informs the Court that it anticipates paying $1,950.00 to the Office of the U. S. Trustee in satisfaction of the quarterly fee for the periods ending June 30, 2020 and September 30, 2020.

8.

Upon Court approval, the Debtor anticipates making a payment in the amount of $1,000.00 to the Internal Revenue Service pursuant to its Proof of Claim (POC No. 1, Claims Register).

9.

The Debtor's equity holders, M. Wargo and Whites, and creditor, Stillwater Renovations, LLC, have reached a negotiated settlement agreement on the disbursement of the remaining funds in Debtor's IOLTA account.

10.

Debtor anticipates filing at least two additional monthly operating reports, which shall cover the monthly periods ending June 30, 2020 and July 31, 2020.

11.

There being no other issues to decide, Debtor asserts that good and sufficient cause exists for the Court to grant its Motion for Voluntary Dismissal and such dismissal action is in the best interest of its creditors and the estate.

Wherefore, Debtor moves this Court under 11 U.S.C. § 1112 (b) to dismiss Debtor's Chapter 11 case *instanter*.

RESPECTFULLY SUBMITTED, this 13th day of July, 2020.

/s/ A J Mitchell
A. J. Mitchell
Attorney for the Debtor/Movant
Georgia State Bar No. 512269

Law Offices of A. J. Mitchell, LLC
2388 Scenic Hwy, S
Snellville, GA 30078
770-972-6623
aj@ajmitchell-law.com

EXHIBIT NO. 1

Case 20-20224-jrs   Doc 56   Filed 07/13/20   Entered 07/13/20 16:53:24   Desc Main
Document   Page 4 of 10

American Land Title Association | ALTA Settlement Statement - Combined
Adopted 05-01-2015

**Nogales & Associates, LLC**
1805 Herrington Rd, Bldg 3, Ste D
Lawrenceville, GA 30043
770-263-9990

| | |
|---|---|
| **File No./Escrow No.:** | 20-5518S |
| **Print Date & Time:** | July 10, 2020 at 11:59 AM |
| **Officer/Escrow Officer:** | A. Christopher Nogales |
| **Settlement Location:** | Nogales & Associates, LLC, 1805 Herrington Rd Bldg 3 Ste D, Lawrenceville, GA |
| | 1805 Herrington Rd, Bldg 3, Ste D, Lawrenceville, GA 30043 |
| **Property Address:** | 8665 Old Federal Road, Ball Ground, GA 30107 |
| **Borrower:** | IVER DUARTE |
| **Seller:** | Still Water 8665, LLC |
| **Lender:** | HOMESTAR FINANCIAL CORPORATION ISAOA/ATIMA |
| **Settlement Date:** | July 10, 2020 |
| **Disbursement Date:** | July 10, 2020 |

| Seller Debit | Seller Credit | Description | Borrower/Buyer Debit | Borrower/Buyer Credit |
|---|---|---|---|---|
| | | **Financial** | | |
| | 318,500.00 | Sale Price of Property | 318,500.00 | |
| | | Deposit including earnest money | | 1,500.00 |
| | | Loan Amount | | 268,000.00 |
| | | **Prorations/Adjustments** | | |
| 434.24 | | County Taxes from 01/01 to 07/10 | | 434.24 |
| | | PRINCIPLE REDUCTION | 1,700.12 | |
| 10,000.00 | | SELLER PAID CLOSING COSTS | | 10,000.00 |
| 116,612.17 | | PROCEEDS TO: AJ MITCHELL LLC | | |
| | | **Loan Charges to HOMESTAR FINANCIAL CORPORATION ISAOA/ATIMA** | | |
| | | Prepaid Interest | 464.42 | |
| | | 21.11 per day from 07/10/20 to 08/01/20 | | |
| | | **Other Loan Charges** | | |
| | | POINTS | 670.00 | |
| | | PROCESSING | 500.00 | |
| | | UNDERWRITING FEE | 795.00 | |
| | | APPRAISAL | | |
| | | Borrower Paid before closing 500.00 | | |
| | | CREDIT | 25.50 | |
| | | FLOOD CERT | 8.00 | |
| | | **Impounds** | | |
| | | Homeowner's Insurance | 335.73 | |
| | | 111.91 per month for 3 mo. | | |
| | | Property Taxes | 1,232.00 | |
| | | 112.00 per month for 11 mo. | | |
| | | Aggregate Adjustment | -447.64 | |
| | | **Title Charges** | | |
| | | Title - Lender's title insurance | Fidelity National Title Insurance Compan | 890.80 | |
| | | Title - Owner's title insurance (optional) | Fidelity National Title Insurance Compan | 710.90 | |
| | | Title - CPL FEE | Fidelity National Title Insurance Compan | 50.00 | |
| | | Title - Doc Prep/Courier/Post Closing | Nogales & Associates, LLC | 175.00 | |
| | | Title - Settlement or closing fee | Nogales & Associates, LLC | 499.00 | |
| | | Title - Title Binder | Nogales & Associates, LLC | 75.00 | |
| | | Title - Title Search | Nogales & Associates, LLC | 225.00 | |

ALTA Settlement Statement - Combined - Continued

| Seller Debit | Seller Credit | Description | | Borrower/Buyer Debit | Borrower/Buyer Credit |
|---|---|---|---|---|---|
| | | **Commission** | | | |
| 9,555.00 | | Real Estate Commission | Maximum One Realty Greater Atl | | |
| 9,555.00 | | Real Estate Commission | KELLER WILLIAMS REALTY INTOWN | | |
| | | **Government Recording and Transfer Charges** | | | |
| | | Record Deed | Clerk of Superior Court | 25.00 | |
| | | Record Trust/Deed Mortgage | Clerk of Superior Court | 25.00 | |
| | | GRMA Fee | | 10.00 | |
| | | Transfer Tax | Clerk of Superior Court | 318.50 | |
| | | Intangible Tax | Clerk of Superior Court | 804.00 | |
| | | **Payoff(s)** | | | |
| 134,948.59 | | Payoff of First Mortgage Loan | ATLANTA PRIVATE LENDING LLC | | |
| | | as of 07/10/20 | | | |
| | | Principal Balance $134,948.59 | | | |
| 31,500.00 | | Payoff of Second Mortgage Loan | KNA FAMILY INVESTMENTS | | |
| | | as of 07/10/20 | | | |
| | | Principal Balance $31,500.00 | | | |
| | | **Other Charges** | | | |
| | | Homeowner's Insurance Premium | ALLSTATE | 1,342.91 | |
| | | 12 (mo.) | | | |
| | | HVAC INVOICE | JOEY REMODELING SERVICES | | |
| | | Seller Paid before closing 75.00 | | | |
| 5,895.00 | | SEPTIC INVOICE | BANKS SEPTIC | | |

| Seller Debit | Seller Credit | Description | Borrower/Buyer Debit | Borrower/Buyer Credit |
|---|---|---|---|---|
| 318,500.00 | 318,500.00 | **Subtotals** | 328,934.24 | 279,934.24 |
| | | Due From Borrower | | 49,000.00 |
| | | Due To Seller | | |
| 318,500.00 | 318,500.00 | **TOTALS** | 328,934.24 | 328,934.24 |

## CERTIFICATE OF SERVICE

COMES NOW, the undersigned and certifies that the foregoing Motion has been mailed by electronic and/or first class mail with sufficient postage to persons listed below:

United States Trustee
Office of the United States Trustee
Suite 362
75 Ted Turner Drive, SW
Atlanta, GA 30303-3330

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 2116
Philadelphia, PA 19114-0326

Georgia Department of Revenue
1800 Century Boulevard, NE
Atlanta, GA 30345-3205

Stillwater Renovations, LLC
287 Moss Overlook Rd.
Dawsonville, GA 30534

Richard A. White Francis E. White
c/o Mark Schaeffer, Esq.
56 Perimeter Ctr East, Ste 450
Atlanta, GA 30346

Atlanta Private Lending, LLC
c/o Denton Ashway, Esq.
312 W Main Street
Cumming, GA 30040

KNA FAMILY INVESTMENTS, LLC
840 Mashburn Dr.
Alpharetta, GA 30022

This 13th day of July, 2020.

/s/ A.J. Mitchell
A.J. Mitchell
Georgia Bar No. 512269
Counsel for the Debtor

Law Offices of A.J. Mitchell, LLC
2388 Scenic Highway S
Snellville, GA 30078
(770) 972-6623

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 20-20224-jrs |
| | ) | |
| STILLWATER 8665, LLC | ) | |
| | ) | |
| Debtor, | ) | CHAPTER 11 |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the Debtor, STILLWATER 8665, LLC, by and through counsel, has filed a MOTION FOR VOLUNTARY DISMISSAL and related papers with the Court seeking an order to dismiss its Chapter 11 case. PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on Motion in Courtroom 1404, United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia at 1:30 P. M. on July 28, 2020. Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including.2 addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is: Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

**Given the current public health crisis, hearings may be telephonic only. Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the top of the GANB Website prior to the hearing for instructions on whether to appear in person or by phone.**

This the 13th day of July, 2020.

/s/ A. J. Mitchell
A. J. Mitchell
Attorney for the Debtor
GA Bar No.: 512269
Law Offices of A. J. Mitchell, LLC
2388 Scenic Highway S
Snellville, GA  30078

## CERTIFICATE OF SERVICE

I do hereby certify that I have this day served the within and the foregoing Amended Notice of Hearing via the Court's electronic filing system and/or by depositing same in the United States mail, with adequate postage and properly addressed as follows:

### See attached distribution matrix.

This the 13th day of July, 2020.

/s/ A. J. Mitchell
A. J. Mitchell
Attorney for the Debtor
GA Bar No.: 512269
Law Offices of A. J. Mitchell, LLC
2388 Scenic Highway S
Snellville, GA  30078

## DISTRIBUTION LIST

United States Trustee
Office of the United States Trustee
Suite 362
75 Ted Turner Drive, SW
Atlanta, GA 30303-3330

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 2116
Philadelphia, PA 19114-0326

Georgia Department of Revenue
1800 Century Boulevard, NE
Atlanta, GA 30345-3205

Stillwater Renovations, LLC
287 Moss Overlook Rd.
Dawsonville, GA 30534

Richard A. White Francis
E. White c/o Mark
Schaeffer, Esq.
56 Perimeter Ctr East, Ste 450
Atlanta, GA 30346

Atlanta Private Lending, LLC
c/o Denton Ashway, Esq.
312 W Main Street
Cumming, GA 30040

KNA FAMILY INVESTMENTS, LLC
840 Mashburn Dr.
Alpharetta, GA 30022