**IT IS ORDERED as set forth below:**

**Date: July 29, 2020**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 20-20224-jrs |
| STILLWATER 8665, LLC | ) | CHAPTER 11 |
| Debtor. | ) | |

ORDER ON DEBTOR'S MOTION FOR VOLUNTARY DISMISSAL

A hearing on Debtor's Motion for Voluntary Dismissal (the "Motion") was held before this Court on July 28, 2020 at 1:30 p.m. Appearances were as noted on the record.

Having considered the Motion and being that there are no objections thereto, IT IS HEREBY ORDERED that the Motion is GRANTED and this case is DISMISSED.

[END OF DOCUMENT]

| Prepared and submitted by: | No Opposition: |
|---|---|
| LAW OFFICES OF A. J. MITCHELL, LLC | DAVID S. WIEDENBAUM<br>U. S. TRUSTEE |
| By: /s/ A. J. Mitchell<br>A. J. Mitchell<br>Georgia Bar No.: 512269<br>2388 Scenic Hwy, S.<br>Snellville, GA 30078<br>770-972-6623<br>aj@ajmitchell-law.com | By: /s/ David S. Weidenbaum<br>[Signed with express permission]<br>Georgia Bar No.: 745892<br>United States Department of Justice<br>Office of the United States Trustee<br>362 Richard B. Russell Federal Bldg.<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303<br>404-331-4437 x140<br>david.s.weidenbaum@usdoj.gov |

# DISTRIBUTION

PC IRA, LLC
3163 Arrowhead Drive
Gainesville, GA 30506

Stillwater Renovations, LLC
287 Moss Overlook Rd.
Dawsonville, GA 30534

United States Trustee
Office of the United States Trustee
Suite 362
75 Ted Turner Drive, SW
Atlanta, GA 30303-3330

Richard A. White
Francis E. White
c/o Howard P. Slomka
3350 Riverwood Parkway Suite 2100
Atlanta, GA 30339

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 2116
Philadelphia, PA 19114-0326

Georgia Department of Revenue
1800 Century Boulevard, NE
Atlanta, GA 30345-3205

KNA FAMILY INVESTMENTS, LLC
840 Mashburn Dr.
Alpharetta, GA 30022

Nogales & Associates
1805 Herrington Rd.
Lawrenceville, GA 30043